UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KELLEY MICHAEL, Admin, et al.,

    Plaintiff,

v.

    Case No. 2:16-cv-118

    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth Preston Deavers

UNITED STATES OF AMERICA
and TRINITY WEST D/B/A
TRINITY MEDICAL CENTER
WEST,

    Defendants.

## ORDER

The parties have informed the Court that they have reached a settlement in this matter. The parties shall file the appropriate dismissals by close of business **ninety (90) days** after the date of the entry of this Order.

The Court hereby **VACATES** all pending deadlines. The Clerk is directed to administratively close the case.

IT IS SO ORDERED.

4-6-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE